UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

EDWARD ROBERT HARVEY                                      PETITIONER

V.                                    CIVIL ACTION NO. 3:24-CV-196-DPJ-MTP

CHRIS LODEN                                              RESPONDENT

ORDER

Edward Robert Harvey, an inmate of the Mississippi Department of Corrections, petitions pro se for a writ of habeas corpus under 28 U.S.C. § 2254. Pet. [1]. Respondent Chris Loden filed a response [13], but Harvey never replied. United States Magistrate Judge Michael T. Parker recommends denying the petition. R&R [14]. His Report and Recommendation issued on March 20, 2025, from which Harvey had fourteen days to object. Fed. R. Civ. P. 72(b)(2); *see* R&R [14] at 18 (advising Harvey of deadline). The Court has waited more than twice that long, but Harvey has not objected.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983), *quoted in Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded on other grounds by* 28 U.S.C. § 636(b)(1) *as noted in Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017). Judge Parker carefully considered the issues, and the Court accepts his well-reasoned recommendations.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker [14] is adopted as the findings and holdings of this Court. Harvey's petition [1] is denied, and his case is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 24th day of April, 2025.

<u>s/ *Daniel P. Jordan III*</u>
UNITED STATES DISTRICT JUDGE